UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26cv05310 CAS (BFMx) Date: August 19, 2026

Title *JOSE MIGUEL MARIN PACHECO v. UNITED STATES DEPARTMENT OF HOMLAND SECURITY; ET AL.*

Present: The Honorable: CHRISTINA A. SNYDER, U.S. DISTRICT SENIOR JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) – ORDER TO SHOW CAUSE**

The Court is in receipt of the Proofs of Service [13] filed on August 19, 2026, in response to this Court's August 18, 2026 Order to Show Cause [11] . The Court hereby extends the Order to Show Cause.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 11, 2026**, why this action should not be dismissed for lack of prosecution**.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider an answer by **defendants UNITED STATES DEPARTMENT OF HOMELAND SECURITY; U.S. CITIZENSHIP AND IMMIGRATION SERVICES; MARKWAYNE MULLIN; JOSEPH EDLOW; and DAVID RADEL,** or plaintiff's request for entry of default on these defendants on or before the above date, as a satisfactory response to the Order to Show Cause.

| | |
|---|---|
| | 00:00 |
| **Initials of Preparer** | CMJ |